UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

TANLISIA NEAL,

                    Defendant.

Case No. MJ26-147

DETENTION ORDER
RULE 5 TRANSFER

Defendant Tanlisia Neal is charged with failure to surrender for service of sentence, 18 U.S.C. § 3146(a)(2), (b)(1)(A)(i), in the Northern District of California. The Court held a detention hearing on March 6, 2026, pursuant to Fed. R. Crim. P. 5(c)(2), (d)(3), and 18 U.S.C. § 3142, and based upon the reasons for detention as stated on the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(2), as there is sufficient information to find a serious risk that Ms. Neal will flee.

2.     Ms. Neal poses a risk of nonappearance due to nature of the charge and history of

DETENTION ORDER - 1

noncompliance with court orders. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Ms. Neal's appearance at future court hearings while addressing the danger to other persons or the community, pending her initial appearance in the Northern District of California.

IT IS THEREFORE ORDERED:

(1)   Ms. Neal shall be detained pending initial appearance in the Northern District of California and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)   Ms. Neal shall be afforded reasonable opportunity for private consultation with counsel;

(3)   On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Ms. Neal is confined shall deliver Ms. Neal to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)   The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Ms. Neal, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 6th day of March, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

- 2